FILED: December 28, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-2411
(1:15-cv-00687-JFM)

_____

MELODY OWIANNAI SAYRE

    Plaintiff - Appellant

v.

WESTLAKE SERVICES, LLC, d/b/a Westlake Financial Services

    Defendant - Appellee

_____

O R D E R

_____

The court extends the briefing schedule as follows:

Response brief due: 02/12/2016

Any reply brief: 14 days from service of response brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk